AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) – Possession With Intent To Distribute Cocaine Base;
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana; 18 U.S.C. § 922(g)–Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(c)(1)(A) – Using and Carrying a Firearm During Drug Trafficking Crime

PENALTY: SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ ALTON PULLUM

DISTRICT COURT NUMBER
**CR08-485 DLJ**

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
   SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
   MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Christine Y. Wong, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

IS IN CUSTODY
4) ☐ On this charge
5) ☒ On another conviction        ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No        If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT

Count One:
- (1) Imprisonment: Maximum 40 years, Minimum 5 Years Imprisonment
- (2) Fine: Maximum $2,000,000
- (3) Supervised Release: Maximum 5 Years, Mandatory Minimum 4-Year Term.
- (4) Special Assessment: $100.00

Count Two:
- (1) Imprisonment: Maximum 5 years
- (2) Fine: Maximum $250,000
- (3) Supervised Release: Maximum 3 Years, Mandatory 2-years
- (4) Special Assessment: $100.00

Count Three:
- 1) Imprisonment: Maximum Life Imprisonment, Mandatory Minimum 5 Years Imprisonment Consecutive To Any Other Term Of Imprisonment
- (2) Fine: $250,000
- (3) Supervised Release: Maximum 5-Year Term
- (4) Special Assessment. $100.00

Count Four:
- (1) Imprisonment: Maximum 10 Years.
- (2) Fine: $250,000
- (3) Supervised release: Maximum 3-year Term
- (4) Special assessment: $100.00

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

CR 08-485 DLJ

ALTON PULLUM,

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) – Possession With Intent
To Distribute Cocaine Base;
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent
To Distribute Marijuana; 18 U.S.C. § 922(g)–Felon in Possession of
a Firearm and Ammunition; 18 U.S.C. § 924(c)(1)(A) – Using and
Carrying a Firearm During Drug Trafficking Crime

A true bill.

_____ Foreman

Filed in open court this __23RD__ day of
__JULY 2008__.

_____ Clerk

Bail, $ No bail arrest warrant
7/23/08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5   
6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10              OAKLAND DIVISION
11
12  UNITED STATES OF AMERICA,        )   No. CR08-485 
                                     )
13         Plaintiff,                )   VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and
                                     )   841(b)(1)(B) – Possession With Intent To
14     v.                            )   Distribute Cocaine Base; 21 U.S.C. §§
                                     )   841(a)(1) and 841(b)(1)(D) – Possession
15  ALTON PULLUM,                    )   With Intent To Distribute Marijuana; 18
                                     )   U.S.C. § 922(g)–Felon in Possession of a
16         Defendant.                )   Firearm and Ammunition; 18 U.S.C. §
                                     )   924(c)(1)(A) – Using and Carrying a
17  _____  )   Firearm During Drug Trafficking Crime
18                                       OAKLAND VENUE
19
20                   I N D I C T M E N T
21  The Grand Jury charges:
22  COUNT ONE:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) – Possession With Intent To
                  Distribute Cocaine Base)
23
24      On or about June 5, 2008, in the Northern District of California, the defendant,
25                          ALTON PULLUM,
26  did knowingly and intentionally possess with intent to distribute a Schedule I controlled
27  substance, namely, approximately 24.54 grams of mixtures and substances containing detectable
28  amounts of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and

INDICTMENT

1 | 841(b)(1)(B).

2 | COUNT TWO:         (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To
3 |                    Distribute Marijuana)

4 | On or about June 5, 2008, in the Northern District of California, the defendant,

5 | ALTON PULLUM,

6 | did knowingly and intentionally possess with intent to distribute a Schedule I controlled

7 | substance, namely, approximately 55 grams of mixtures and substances containing detectable

8 | amounts of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and

9 | 841(b)(1)(D).

10 |

11 | COUNT THREE:       (18 U.S.C. § 924(c)(1)(A) – Using, Carrying, and Possessing a Firearm
12 |                    During, in Relation to, and in Furtherance of a Drug Trafficking Crime)

13 | On or about June 5, 2008, in the Northern District of California, the defendant,

14 | ALTON PULLUM,

15 | did knowingly use and carry a firearm during and in relation to the drug trafficking crime alleged

16 | in Counts One and Two herein, which crime may be prosecuted in a court of the United

17 | States, and, in furtherance of that crime, did knowingly possess that firearm, in violation of Title

18 | 18, United States Code, Section 924(c)(1)(A).

19 |

20 | COUNT FOUR:        (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and
21 |                    Ammunition)

22 | On or about June 5, 2008, in the Northern District of California, the defendant,

23 | ALTON PULLUM,

24 | having previously been convicted of a felony crime punishable by a term of imprisonment

25 | exceeding one year, did knowingly possess one firearm, described as an Intratec, Model CAT-9,

26 | 9mm pistol, with an obliterated serial number, and 14 rounds of 9mm ammunition manufactured

27 | by Poongsan Metal Corporation, in and affecting commerce, in violation of Title 18, United

28 | States Code, Section 922(g)(1).

INDICTMENT

1
2  DATED:    July 23, 2008                    A TRUE BILL.
3
4                                              /s/ FOREPERSON
5  JOSEPH P. RUSSONIELLO
   United States Attorney
6
7
8  W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
9
10 (Approved as to form: _____
11                        AUSA C.Y. WONG
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT